UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAVELLE W. SEARCY,

        Plaintiff,                Case no. 10-11243

v.                                     Honorable John Corbett O'Meara

MACOMB COUNTY JAIL, et al.,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge David R. Grand's March 13, 2012, Report and Recommendation. No objections have been filed to the report and recommendation. The court having reviewed the record and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this court.

IT IS FURTHER ORDERED that Defendant Aramark Corporation's Motion for Summary Judgment (Doc. #34), and Defendants Macomb County Jail and Michele Sanborn's Motion to Dismiss and for Summary Judgment (Doc. #37) are GRANTED.


                                        s/John Corbett O'Meara
                                        United States District Judge

Date: March 31, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 31, 2012, using the ECF system and upon Plaintiff at 6902 Chicago Road, Warren, Michigan 48091 by first-class U.S. mail.

<div style="margin-left:40%">

s/William Barkholz  
Case Manager

</div>